**IMPACT STEEL CANADA CORPORA-
TION, Impact Steel Canada Company,
and Impact Steel, Inc., Plaintiffs–Ap-
pellants,**

v.

**UNITED STATES, Defendant–Appellee,**

and

**United States Steel Corporation,
Defendant–Appellee.**

No. 2008–1220.

United States Court of Appeals,
Federal Circuit.

April 24, 2008.

## ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).